**FILED**

AUG 28 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF ALFONSO SOSA CORDERO | Case No. C 08-90417MISC VRW (JCS)<br><br>**ORDER OF REFERENCE TO MAGISTRATE JUDGE JOSEPH C. SPERO** |

This matter is hereby **REFERRED** to Magistrate Judge Joseph C. Spero for all matters related to the extradition of Alfonso Sosa Cordero, pursuant to 18 U.S.C. 3181 et. seq.

IT IS SO ORDERED.

Dated: AUG 28 2008

VAUGHN R WALKER
United States District Chief Judge