JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

ALLISON MARSTON DANNER (CSBN 195046)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7144
    Fax: (415) 436-7234
    Email: allison.danner@usdoj.gov

Attorneys for Complainant United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN THE MATTER OF THE THE EXTRADITION OF ALFONSO SOSA CORDERO, | ) ) ) ) ) ) ) ) ) ) |

No. CR 08-90417 MISC (JCS)

MANUAL FILING NOTIFICATION RE: DIPLOMATIC NOTE NUMBER 02616

Regarding Diplomatic Note Number 02616

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

This filing was not e-filed for the following reasons: (1) the documents are voluminous and difficult to scan because of ribbons/seals and (2) the documents represent original evidence that may be used in the extradition hearing in this matter pursuant to 18 U.S.C. § 1390.

DATED: August 29, 2008        Respectfully submitted,

                                        JOSEPH P. RUSSONIELLO
                                        United States Attorney

                                        ALLISON MARSTON DANNER
                                        Assistant United States Attorney

MANUAL FILING NOTIFICATION RE DIP. NOTE 01358
CR 08-90417 MISC (JCS)