BARRY J. PORTMAN
Federal Public Defender
DANIEL P. BLANK
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant SOSA CORDERO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE ) | No. CR 08-90417 MISC JCS |
| ) | |
| EXTRADITION OF ALFONSO ) | DECLARATION OF DANIEL P. |
| ) | BLANK IN SUPPORT OF MOTION |
| SOSA CORDERO ) | TO DISMISS |
| _____ ) | |

Daniel P. Blank states as follows:

1.    I am an Assistant Federal Public Defender practicing in the Northern District of California. I have been provisionally appointed to represent the defendant Mr. Alfonos Sosa Cordero in the above-captioned matter. I am informed and believe that the following facts are true.

2.    Mr. Sosa Cordero is a Mexican citizen who has lived predominantly in the United States, specifically in the Bay Area, since approximately 1984. Mr. Sosa Cordero has lawful immigration status here based upon a renewable 10-year business visa. Also living with him here are his wife and his two U.S. citizen daughters. Lately, Mr. Sosa Cordero has spent on average approximately 70 percent of each year at his home in San Rafael and approximately 30 percent of each year in Mexico, often staying at his father's home in Mexico City. For example, in 2007 Mr. Sosa Cordero visited Mexico several times in his capacity as trustee of the estate of his sister, who died that year.

///

1  3. On August 27, 2008, Mr. Sosa Cordero made his initial appearance in federal
2  magistrate court on a complaint for provisional arrest with a view toward extradition, having learned
3  for the first time that a warrant for his arrest in Mexico issued on June 20, 2001, on the charge of
4  attempted murder based upon alleged conduct on June 1, 2001.  *See* Attachment A (Complaint).  In
5  all the times Mr. Sosa Cordero visited Mexico since 2001 there was never any indication of any
6  outstanding warrant against him.

7  4. Mr. Sosa Cordero flatly denies the charge that he ever attempted to murder, or even
8  assaulted, the complaining witness or anyone else.  The complaining witness is known to Mr. Sosa
9  Cordero to be mentally ill, and has a long standing grudge against Mr. Sosa Cordero due to a failed
10 business deal.  In fact, Mr. Sosa Cordero was not even in Mexico on June 1, 2001.  He was at home
11 with his family in San Rafael, California, on that date.  Mr. Sosa Cordero's wife specifically
12 remembers that he was home then because they were preparing for their daughter's second birthday,
13 which was just a few days later. Unfortunately it is not yet clear what other witnesses or records if
14 any will still be available after the seven delay in prosecution to corroborate this claim.

15 I DECLARE under penalty of perjury that the foregoing is true and correct to the best of my
16 knowledge.

17 Signed and dated on the 29th of August, 2008, in San Francisco, California.

_____/S/_____
DANIEL P. BLANK

DECLARATION OF DANIEL P. BLANK    - 2 -

# Attachment A

1 | JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

2

3 | BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

4 | ALLISON DANNER (CSBN 195046)
Assistant United States Attorney

5

6 | 450 Golden Gate Avenue, 11th Floor
San Francisco, California 94102
Telephone: (415) 436-7144

7 | Facsimile: (415) 436-7234

8 | Attorneys for Complainant United States of America



FILED
AUG 20 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SEALED BY ORDER OF COURT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

IN THE MATTER OF THE EXTRADITION OF ALFONSO SOSA CORDERO.

CR 08 No. 90 417 MISC JCS

COMPLAINT FOR PROVISIONAL ARREST WITH A VIEW TOWARD EXTRADITION (18 U.S.C. § 3184)

I, the undersigned Assistant United States Attorney, being duly sworn, state on information and belief that the following is true and correct:

1. In this matter, I act for and on behalf of the Government of Mexico ("requesting state");

2. There is an extradition treaty in force between the United States and Mexico, 31 U.S.T. 5059, T.I.A.S. No. 9656, *available at* 1980 WL 309106, which entered into force on January 25, 1980;

3. The extradition treaty between the United States and Mexico provides in Article 11 for the provisional arrest and detention of alleged fugitives pending the submission of a formal request and supporting documents;

4. The Government of Mexico has asked the United States through diplomatic channels for the arrest of ALFONSO SOSA CORDERO with a view toward his extradition. The

COMPLAINT FOR PROVISIONAL ARREST
RE: EXTRADITION

1 | United States is treating Mexico's request as a request for a provisional arrest;

2 |     5.    According to the information provided by the requesting state in the form
authorized by the extradition treaty, ALFONSO SOSA CORDERO is wanted in Mexico on an
arrest warrant issued on June 20, 2001 by the Trial Judge of the Judicial District of Tijuana, Baja
California, Mexico in criminal case number 309/2002. In that case, ALFONSO SOSA
CORDERO is charged with the attempted murder of David William Lohrey, in violation of
Articles 123 and 124 of the Penal Code of the State of Baja California. Murder is an extraditable
offense under Article 2, Paragraph 4, Appendix Item 1, of the Extradition Treaty between the
United States and Mexico.

    6.    Mexico's request for extradition is based on the following facts:

    (1)    On June 1, 2001, the David William Lohrey was walking down an alley behind Sanborns restaurant in Tijuana, Mexico. Lohrey later told police that he felt someone pull him from behind. Lohrey recognized that person as SOSA CORDERO, whom he had had problems with in the past and who had previously threatened to kill him. Lohrey told police that SOSA CORDERO started beating him by punching Lohrey in the stomach and saying "Now you are going to die you son of a fucking bitch, this time you are not going to get away from me." Lohrey stated that he lost consciousness as SOSA CORDERO choked him. Lohrey then woke up as Francisco Ochoa Rangel, a man Lohrey had hired as his bodyguard, was picking him up. Lohrey and Rangel sought assistance from police, but the perpetrators fled the scene in a dark blue car that had a California license plate on it.

    (2)    Authenticated medical records dated June 1, 2001 from the hospital that treated Lohrey stated that he had non-life-threatening wounds that required hospitalization.

    (3)    Francisco Ochoa Rangel told the police that he was Lohrey's bodyguard the day that Lohrey was attacked. (Lohrey worked for Servicios de

COMPLAINT FOR PROVISIONAL ARREST
RE: EXTRADITION      -2-

|   |   |
|---|---|
| 1 | Prevencion Profesional, S.A., a security service that Lohrey hired each |
| 2 | time he came to Tijuana). Rangel was working for Lohrey when he drove |
| 3 | him to Sanborns restaurant for a meeting with two other people. When |
| 4 | Lohrey and Rangel were leaving the restaurant, Lohrey asked Rangel to go |
| 5 | back inside the restaurant to retrieve Lohrey's cell phone, which Lohrey |
| 6 | had left inside. When Rangel emerged from the restaurant, he saw a |
| 7 | person strangling Lohrey and two other people beating someone else. |
| 8 | Rangel went to defend Lohrey, and the perpetrators fled in a dark blue car. |

7.  ALFONSO SOSA CORDERO is a Mexican citizen, born in 1955. He is believed to work at 1001 Bridgeway, Suite 449, in Sausalito, California.

WHEREFORE, the undersigned complainant requests that a warrant for the arrest of ALFONSO SOSA-CORDERO be issued in accordance with 18 U.S.C. § 3184 and the Extradition Treaty between the United States and Mexico; and that, if on such hearing, the Court deems the evidence sufficient under the provisions of the treaty to sustain the charge, that the Court certify the same to the Secretary of State in order that a warrant may be issued for the surrender of ALFONSO SOSA-CORDERO to the appropriate authorities of Mexico according to the stipulations of the treaty; and for such other actions as the Court at the time may be required to take under the provisions of the treaty and the laws of the United States.

I swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

ALLISON MARSTON DANNER
Assistant United States Attorney

Sworn to before me and subscribed in my presence this ___ day of August, 2008, at San Francisco, California.

JOSEPH C. SPERO
United States Magistrate Judge

COMPLAINT FOR PROVISIONAL ARREST
RE: EXTRADITION                            -3-