BARRY J. PORTMAN
Federal Public Defender
DANIEL P. BLANK
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant SOSA CORDERO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE<br><br>EXTRADITION OF ALFONSO<br><br>SOSA CORDERO | No. CR 08-90417 MISC JCS<br><br>STIPULATION AND [~~PROPOSED~~]<br>ORDER SHORTENING TIME FOR<br>HEARING ON MOTION TO DISMISS |

1    On August 27, 2008, Mr. Alfonso Sosa Cordero made his initial appearance on a complaint for
2    provisional arrest with a view toward extradition to Mexico.  Mr. Cordero is presently in custody.
3    The Court set a bail hearing for September 5, 2008, at 10:30 a.m.  According the complaint, the
4    underlying arrest warrant in Mexico issued on June 20, 2001, over seven years ago.  Article 7 of the
5    extradition treaty with Mexico explicitly provides:  "Extradition shall not be granted when the
6    prosecution or the enforcement of the penalty for the offense for which extradition has been sought
7    has become barred by lapse of time according to the laws of the requesting or requested Party."

8    Due to the lapse of time in this case, Mr. Sosa Cordero will file on August 29, 2008, a motion
9    to dismiss the complaint under Article 7 of the extradition treaty.  As this motion is pertinent to the
10   issue of bail, Mr. Sosa Cordero respectfully requests, and the parties stipulate, the Court shorten time
11   for hearing on that motion, so that it might be heard at that same appearance, on September 5, 2008,
12   at 10:30 a.m.  The government will file an opposition brief by Wednesday, September 3, 2008, and
13   Mr. Sosa Cordero shall file any reply brief by Thursday, September 4, 2008.

14   IT IS SO STIPULATED.

                                            JOSEPH RUSSONIELLO
                                            United States Attorney

17   DATED:   August 29, 2008           _____/S/_____
                                            ALLISON DANNER
18                                          Assistant United States Attorney

20   DATED:   August 29, 2008           _____/S/_____
                                            DANIEL P. BLANK
21                                          Assistant Federal Public Defender
                                            Attorney for Alfonso Sosa Cordero

23   IT IS SO ORDERED.

24   DATED:   8/29/08



IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

STIP. & PROP. ORDER                                 1