1  JOSEPH P. RUSSONIELLO (CNB 44332)
   United States Attorney
2
   BRIAN J. STRETCH(CABN 163973)
3  Chief, Criminal Division

4  ALLISON M. DANNER (CSBN 195046)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7144
7       FAX: (415) 436- 6982
        E-mail: allison.danner@usdoj.gov
8

9  Attorneys for the United States

10                 IN THE UNITED STATES DISTRICT COURT

11            FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                      SAN FRANCISCO DIVISION

13

14                                   )      No. CR 08-90417 MISC (JCS)
   IN THE MATTER OF THE              )
15 EXTRADITION OF ALFONSO            )
   SOSA-CORDERO                      )      **CERTIFICATE OF SERVICE**
16                                   )
                                     )
17                                   )
                                     )
18                                   )
   _____  )
19 ///

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28

   CR 08-90417 MISC (JCS)
   CERTIFICATE OF SERVICE                                              1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee of the office of the United States Attorney, Northern District of California,  is a person over eighteen years of age and is not a party of the within action.. The undersigned certifies that she caused copies of

**UNITED STATES' NOTICE OF MANUAL FILING RE: DIPLOMATIC NOTE NO. 02616**

**UNITED STATES' NOTICE OF MANUAL FILING RE: DIPLOMATIC NOTE NO. 03844**

**UNITED STATES' MEMORANDUM RE: AVAILABILITY OF BAIL**

**UNITED STATES' MEMORANDUM RE: EXTRADITION PROCEEDING**

in the case of **the EXTRADITION OF ALFONSO SOSA-CORDERO, CR 08-90417 MISC (JCS)** to be served on the party or parties in this action, by placing a true copy thereof in a sealed envelope, addressed as follows which is the last known address:

**AFPD DANIEL BLANK**
**Federal Public Defender's Office**
**450 Golden Gate Avenue, 11ᵗʰ Floor**
**San Francisco, CA 94102**

      X   (By Personal Service), I caused such envelope to be delivered by hand to the person or offices of each addressee(s) above.

      (By Facsimile), I caused each such document to be sent by Facsimile to the person or offices of each addressee(s) above.

      (By USPS Mail), I caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at San Francisco, California.

      (By Fed Ex), I caused each such envelope to be delivered by FED EX to the address listed above.

I declare under penalty of perjury that the foregoing is true and correct, and executed in San Francisco, California.

Dated: September 2, 2008           /s/ Hui Chen

                                   HUI CHEN

                                   United States Attorney's Office